# The People on the relation of William M. Allen and another v. Marshall D. Frink.

*Assessor of school-district: Warrant: Mandamus: Answer: Want of funds.*
   A showing of a want of funds is a complete answer to an application for
   *mandamus* to require an assessor of a school-district to pay a warrant
   drawn on him in favor of a school teacher.

*Submitted on briefs and decided April 30.*

Application for *Mandamus.*

*Chadwick & Potter,* for relators.

*Atkinson Bros.,* for respondent.

PER CURIAM:

Application is made by the moderator and the director
of a school-district for a writ of *mandamus* to require the
respondent, who is assessor of the district, to pay a certain
warrant drawn upon him by them in favor of a school
teacher.

The respondent shows for cause, among other things, a
want of funds, and as this showing is not in any way im-
pugned, nor any attempt made to question its correctness,
the writ must be denied, with costs to respondent.